# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------------x
IRENE ROBLES,

                              Plaintiff,

                    -against-

TARGET CORPORATION,

                              Defendant,
-------------------------------------------------------------------------x

Index No.:
Date Purchased:
Plaintiff designates
BRONX County as the
place of trial.

The basis of the venue is
Situs of Occurrence

**SUMMONS**

TO THE ABOVE-NAMED DEFENDANT:

      You are hereby summoned to answer the complaint in this action and to serve a copy of your answer or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:      New York, New York
              February 14, 2022

                                      Antin, Ehrlich & Epstein, LLP.
                                      Attorneys for Plaintiff
                                      49 West 37th Street - 7th Floor
                                      New York, New York 10018
                                      (212) 221-5999

                          By: _____
                              Jeffrey S. Antin

TO:      **Target Corporation**
           c/o Sec. of State

FILED: BRONX COUNTY CLERK 02/15/2022 09:24 AM                                INDEX NO. 802311/2022E
NYSCEF DOC. NO. 1                                                            RECEIVED NYSCEF: 02/15/2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------x    Index No.
IRENE ROBLES,

                Plaintiff,                                            **COMPLAINT**

      -against-

TARGET CORPORATION,

                Defendant,
------------------------------------------------------------------------x

        Plaintiff, complaining of the defendant herein by her attorneys, Antin, Ehrlich & Epstein, LLP, respectfully sets forth and alleges as follows:

        1.      Upon information and belief, that at all times herein mentioned, defendant, Target Corporation, was a domestic business corporation duly organized and existing under and by virtue of the Laws of the State of New York.

        2.      Upon information and belief, that at all times herein mentioned, defendant, Target Corporation, was a Foreign business corporation duly organized and existing under and by virtue of the Laws of a state other than the State of New York, but duly authorized to do business in the State of New York.

        3.      That at all times herein mentioned, defendant, Target Corporation, owned a retail store open to the general public located at or about 40 West 225th Street, in the County of Bronx, City and State of New York.

        4.      That at all times herein mentioned defendant, Target Corporation, its agents, servants and/or employees, operated a retail store at the aforesaid location.

        5.      That at all times herein mentioned defendant, Target Corporation, its agents, servants and/or employees, managed a retail store at the aforesaid location.

6. That at all times herein mentioned, defendant, Target Corporation, its agents, servants and/or employees, controlled a retail store at the aforesaid location.

7. That at all times herein mentioned, defendant, Target Corporation, its agents, servants and/or employees, maintained a retail store at the aforesaid location.

8. That on the 7th day of March, 2021, plaintiff was lawfully inside defendant's retail store located at 40 West 225th Street, in the County of Bronx, City and State of New York.

9. That on the 7th day of March, 2021, while plaintiff was lawfully traversing past "register 24" inside defendant's store at the aforesaid location, she was caused to slip and fall and thereby sustain severe injuries as hereinafter set forth.

10. That the defendant(s), their agents, servants and/or employees were at all times herein mentioned under a duty to keep the floors inside defendant's retail store located at 40 West 225th Street, in a safe, proper and secure manner, in good repair and free from obstruction, debris and defect.

11. That as a result of the foregoing, this plaintiff was caused to and did sustain severe and serious injuries and was required to seek and maintain medical care and attention in an effort to cure and alleviate the same and, upon information and belief, will be compelled to do so in the future.

12. That this occurrence and the injuries sustained by this plaintiff were caused wholly and solely by the negligence of defendant, its agents, servants and/or employees, without any negligence on the part of this plaintiff contributing thereto.

13. That this action falls within one or more of the exceptions set forth in § 1602 of the CPLR.

14. That as a result of the foregoing, plaintiff, Irene Robles, has been damaged in a sum that exceeds the jurisdictional amount of all lower courts which would otherwise have jurisdiction.

**WHEREFORE**, the plaintiff, Irene Robles, demands judgment against the defendant in the sum above mentioned, all together with the costs and disbursements of this action.

Dated: New York, New York
February 14, 2022

Antin, Ehrlich & Epstein, LLP
Attorneys for Plaintiff
49 West 37th Street - 7th Floor
New York, New York 10018
(212) 221-5999

By: _____
Jeffrey S. Antin