# FISHMAN MCINTYRE LEVINE SAMANSKY P.C.

STANLEY P. FISHMAN*
CHRISTOPHER E. McINTYRE > +
MITCHELL B. LEVINE*
SCOTT D. SAMANSKY**
CASSANDRA A. WILLOCK*
SCOTT A. GROSSMAN <
PETER J. MURANO, III*
KEVIN J. DONNELLY *
ANN MARIE F. KANE
MARK N. KEDDIS*
CAROLINE PAPADATOS

NEW YORK OFFICE
521 FIFTH AVENUE, 17th FL.
NEW YORK, NY 10175
Tel (212) 461-7190
Fax (973) 560-0060

*(Mail and Overnight Deliveries to New Jersey office)*

120 EAGLE ROCK AVENUE
EAST HANOVER, NJ 07936
Telephone (973) 560-9000
Fax (973) 560-0060

> NJ BAR
< NY BAR
▲ NJ, NY & CT BARS
**NJ & DC BARS
* NJ & NY BARS

+ Certified by the Supreme Court of NJ as a Civil Trial Attorney

www.fishmanmcintyre.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/23

September 19, 2023

Via ECF
Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

9/19/2023
OK - good luck in your settlement talks

Re:   **Irene Robles v. Target Corporation**
      SDNY Case No.: 1:23-cv-00998
      Our File No.: TARN-202

MEMO ENDORSED

Dear Judge McMahon:

This office represents defendant, Target Corporation ("Target"), in the above captioned matter.

Please accept this letter motion as the parties' joint request for an extension of existing discovery deadlines.

The parties seek an extension of the deadline for expert discovery, including service of expert reports. Likewise, the parties seek an adjournment of the deadline to file the joint-pretrial order.

This is the first request for an adjournment or extension of any deadline. It is with the consent of plaintiff's counsel, and indeed, made jointly.

The parties seek a 60 extension of the aforesaid discovery deadlines. The present deadline for service of plaintiff's expert report is September 29, 2023. Defendant's expert report must be disclosed by October 31, 2023. October 31, 2023 is also the deadline for all discovery.

Finally, the joint pre-trial order is currently due December 29, 2023.

The reason for the adjournment is that the parties have been concentrating their efforts on attempting to settle the case. In order to do so, the parties have been attempting to obtain the amounts of both the

1

Medicare and a Medicare Advantage plan lien. Plaintiff's counsel has had difficulty obtaining those. Without knowledge of the lien amounts, the parties are unable to settle the case.

As the parties have now exhausted their immediate efforts to obtain these lien amounts, the parties would like to complete discovery.

If Your Honor is inclined to grant this request, the new discovery deadlines will be as follows: plaintiff's expert report(s): November 8, 2023; defendant's expert report(s): January 2, 2024; all discovery completed by January 2, 2024; the joint pre-trial order, together with all other pre-trial submissions required by Your Honor's individual rules shall be submitted on or before February 27, 2024.

The parties believe that for the reasons above, good cause exists for the extensions sought herein.

Should Your Honor wish, the parties will prepare an amended civil case management plan for Your Honor's review.

Thank you for Your Honor's consideration.

Respectfully submitted,

*/s/Mitchell B. Levine*

Mitchell B. Levine
mitch@fishmanmcintyre.com

MBL:baz

cc:    Jeffrey S. Antin, Esq. (via ECF) - **jantin@aeelaw.com**

2