UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IRENE ROBLES,

                  Plaintiff,

      -against-

TARGET CORPORATION,

                Defendant.
-------------------------------------------------------------X

Case No.:    1:23-cv-00998

**STIPULATION OF DISCONTINUANCE**

MENT
TRONIC. LY FILED
DOC #:_____ 11/22/2024
ATE FILED:_____

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other.

    **IT IS HEREBY FURTHER STIPULATED,** that a facsimile, photocopy or electronic version of this stipulation is deemed as good and sufficient as the original.

    This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
      January 25, 2024

_____
Jeffrey S. Antin, Esq. - jantin@aeelaw.com
ANTIN, EHRLICH & EPSTEIN, LLP
Attorneys for Plaintiff
49 West 37th Street, 7th Floor
New York, New York 10018
(212) 221-5999

_____
Mitchell B. Levine, Esq.
FISHMAN MCINTYRE LEVINE
SAMANSKY P.C.
Attorneys for Defendants
TARGET CORPORATION
521 Fifth Avenue, 17th Floor
New York, New York 10175
(212) 461-7190
Our File No.: TARN-202

Close case
Colleen McMahon
11/22/2024